**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 00-1184**

─────────

AARON H. BROOKS, a/k/a United States Secretary
of Congress,

                                    Plaintiff - Appellant,

          versus

THE UNITED STATES SECRETARY OF STATE; THE SAID
STATE OF MARYLAND; THE GOVERNOR OF THE SAID
STATE OF MARYLAND; THE ATTORNEY GENERAL OF THE
SAID STATE OF MARYLAND; THE EXECUTIVE OF BAL-
TIMORE COUNTY; BALTIMORE COUNTY POLICE DEPART-
MENT; THE BALTIMORE COUNTY LIBRARY BOARD OF
TRUSTEES; AND ANY AND ALL OTHER SO NAMED
PERSONS,

                                    Defendants - Appellees.

─────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-00-
232-MJG)

─────────

Submitted: April 27, 2000          Decided: May 2, 2000

─────────

Before NIEMEYER and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Aaron H. Brooks, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Aaron H. Brooks appeals the district court's order dismissing his civil rights action as frivolous under 28 U.S.C.A. § 1915(e) (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Brooks v. United States Secretary of State, No. CA-00-232-MJG (D. Md. Feb. 1, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2